IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRA GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: |
| v. | ) |
| | ) |
| GMRI, INC., | ) |
| | ) |
| Defendant. | ) |

**PETITION FOR REMOVAL**

TO:   The Judges of the United States District Court, Southern District of Georgia

The Petition of Defendant GMRI, Inc. respectfully shows as follows:

1.

A civil action has been brought against the Petitioner in the State Court of Chatham County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. STCV20-01430 in which Plaintiff is are seeking a recovery of elements and items of damages which in total exceed $75,000.00 exclusive of post-judgment interest and costs.

2.

The Plaintiff is now, was at the time of the commencement of this action, and at all times since been a citizen and resident of the State of Georgia.

[1]

3.

Defendant GMRI, Inc. is now, was at the time of the commencement of this lawsuit, and at all times since been a corporation organized and existing under the laws of the State of Florida, with its principal place of business in Florida.

4.

Petitioners attach the following exhibits which were filed in this matter and constitute the record of this matter in the State Court of Chatham County:

Exhibit A:   The Complaint and Summons;

Exhibit B:   Sheriff's entry of service;

Exhibit C:   Consent motion to add/drop parties;

Exhibit D:   Consent order dismissing and adding parties;

Exhibit E:   Waiver of service of process;

Exhibit F:   Answer;

Exhibit G:   Plaintiff's responses to requests for admission;

Exhibit H:   Notice of removal.

5.

Now within thirty (30) days after receiving notice, via Plaintiffs' responses to GMRI's requests for admission, Defendant has filed this Petition for Removal of said action to this Honorable Court. This removal is timely because it has been

filed within thirty (30) days of June 1, 2021, the date Plaintiff served responses to Defendant's Requests for Admissions in which she admits that the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs. *See* Exhibit G.

6.

This action could not have originally been brought in this Court under 28 U.S.C. § 1332, because although Plaintiff and Defendant were completely diverse, Plaintiff did not plead an amount in controversy exceeding seventy-five thousand dollars ($75,000), exclusive of interest and costs. *See* Exhibit A.

7.

This action first became removable when Defendant received service of Plaintiff's Responses to Defendant's Requests for Admissions (Exhibit G), which admitted that this matter's amount in controversy exceeds seventy-five thousand dollars ($75,000). *See* 28 U.S.C.S. § 1446(b)(3) (". . . if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable").

8.

As between the Plaintiff and Defendants, there exists complete diversity of citizenship under 28 U.S.C. § 1332(a).

9.

Pursuant to 28 U.S.C. § 1441, et seq., this action is now removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

10.

Defendant has simultaneously filed a Notice of Removal in the State Court of Chatham County, State of Georgia. A copy of the Notice being filed with the State Court of Lowndes County is attached hereto as Exhibit H.

WHEREFORE, Defendant GMRI, Inc. files this Petition for Removal of said cause to this Court.

Respectfully submitted this the 30th day of June 2021.

    Vernis & Bowling of Atlanta, LLC

    */s/ Jeffrey P. Raasch*
    Jeffrey P. Raasch, Esq.
    Georgia Bar No.: 591463

30 Perimeter Park Drive, Suite 200
Atlanta, Georgia 30341
(404) 846-2001; (404) 846-2002 (Fax)
jraasch@georgia-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRA GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: |
| v. | ) |
| | ) |
| GMRI, INC., | ) |
| | ) |
| Defendant. | ) |

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2021, I electronically filed ***Petition for Removal*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

William J. Degenhart, Esq.

Respectfully submitted this the 30th day of June 2021.

Vernis & Bowling of Atlanta, LLC

*/s/ Jeffrey P. Raasch*
Jeffrey P. Raasch, Esq.
Georgia Bar No.: 591463

[5]

30 Perimeter Park Drive, Suite 200
Atlanta, Georgia 30341
(404) 846-2001
(404) 846-2002 (Fax)
jraasch@georgia-law.com