IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SANDRA GRAY,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CIVIL ACTION NO.:  4:21-cv-00192-RSB-CLR
                                    )
GMRI, INC.,                         )
                                    )
        Defendant.                  )

## STIPULATION OF SETTLEMENT

COMES NOW, Plaintiff Sandra Gray, and hereby stipulates that the parties

in this action reached a settlement on January, 27, 2022.  Counsel for the parties

will prepare and finalize the Settlement Agreement and file a Stipulation of

Dismissal With Prejudice at that time.  Any trials or hearings in this matter may be

stricken from the Court's calendar.

Respectfully submitted, this 1st day of February, 2022.

/s/  William J. Degenhart
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:  (912) 443-1000
F:  (912) 443-1104
wdegenhart@forthepeople.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Kimberly Sheridan, Esq.
Michael Becker, Esq.
VERNIS & BOWLING OF ATLANTA, LLC
30 Perimeter Park Drive, Suite 200
Atlanta, GA 30341
ksheridan@georgia-law.com
mbecker@georgia-law.com
*Attorneys for Defendant*

This 1st day of February, 2022.

*/s/ William J. Degenhart*
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
F: (912) 442-1104
wdegenhart@forthepeople.com