IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRA GRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GMRI, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 4:21-cv-192 |

**O R D E R**

Before the Court is the Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendant on March 10, 2022, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs.  (Doc. 30.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**.  The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 23rd day of March, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA